# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

# **JUDGMENT IN A CIVIL CASE**

**OSMAN DOGAN,**
      **Plaintiff,**

vs.                                                             1:18-cv-205
                                                                   (MAD/DJS)

**KEY BANK, N.A.,**
      **Defendant.**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Defendant's motion to compel arbitration and dismiss (Dkt. No. 17) is **GRANTED**; and the Court further **ORDERS** that the Clerk of the Court shall close this case, all of the above pursuant to the Decision and Order of the Honorable Judge Mae A. D'Agostino, dated the 10th day of October, 2018.

DATED: October 10, 2018

*[signature]*
Clerk of Court

s/Britney Norton
Britney Norton
Deputy Clerk